Case No. 8:18-cv-02086-JLS-JDE  Date: February 21, 2019
Title: Richard Blech v. Gregory L. Gantman et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS) (1) ORDER TO SHOW CAUSE RE: LATE OPPOSITION; (2) CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**

     Before the Court is a Motion to Dismiss filed by Defendants Gregory L. Gantman, GLC Corporation, and Diane Leemon.  (Mot., Doc. 13.)  The Motion is currently set for hearing on March 1, 2019, and thus, pursuant to Local Rule 7-9, Plaintiff Richard Blech's Opposition was due on February 8, 2019.  However, Plaintiff did not file his Opposition (Opp., Doc. 18) until February 15, 2019.

     Accordingly, the Court ORDERS Plaintiff to show cause in writing, no later than February 22, 2019, (1) why his Opposition was filed a week late and (2) why Plaintiff's counsel should not be sanctioned.  Failure to timely and adequately respond may result in the imposition of sanctions, up to and including the dismissal of this action.  Further, because Plaintiff's Opposition was late, the Court CONTINUES the hearing on Defendants' Motion to April 26, 2019, at 10:30 a.m.  Defendants may file their Reply no later than fourteen (14) days before the new hearing date pursuant to Local Rule 7-10; no further briefing may be submitted.

                                                Initials of Preparer: tg