# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BLECH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY L. GANTMAN; GLG CORPORATION, a California Corporation; DIANE LEEMON; and DOES 1-25<br><br>　　　　Defendants. | Case No. 8:18-cv-02086-JLS-JDE<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　Before the Court is a Joint Stipulation for Dismissal with Prejudice ("Stipulation") filed by Plaintiff Richard Blech and Defendants Gregory L. Gantman and GLG Corporation. (Doc. 75.) The Stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: September 07, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE